# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 6, 2025

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

Re: InfoDeli, LLC, a Missouri LLC, et al.
v. Western Robidoux, Inc., a Missouri Corporation, et al.
Application No. 25A389
(Your No. 20-2146, 23-2545, 20-2256)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kavanaugh, who on October 6, 2025, extended the time to and including December 6, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Angela Jimenez
Case Analyst

RECEIVED
OCT 10 2025
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Andre Robert Barry
Cline Williams Wright Johnson, et al.
233 South 13th Street
Suite 1900
Lincoln, NE 68508


Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125